ANDRÉ BIROTTE JR.
United States Attorney                                              JS-6
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER
Assistant United States Attorney
California State Bar No. 107014
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3532
    Facsimile: (714) 338-3523
    E-mail   : marcus.kerner@usdoj.gov

Attorneys for Defendant, Michael J. Astrue,
Commissioner of Social Security

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GEORGE UPSEY, | ) | No. CV 09-6513-AN |
| | ) | |
| Plaintiff, | ) | JUDGMENT FOR REMAND |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having received and approved Stipulation to Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment.

DATED: July 26, 2010

                                            /s/ ARTHUR NAKAZATO
                                        UNITED STATES MAGISTRATE JUDGE